**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: NORTH CENTRAL ANTENNA TECHNOLOGIES,    Case No. 09-70729
                                              Chapter 7
_____,
                    Debtor

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 01/18/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/22/2011          By: /s/BRADLEY J. WALLER
                                         Trustee

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: NORTH CENTRAL ANTENNA TECHNOLOGIES,   Case No. 09-70729
                                             Chapter 7
                    Debtor

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 17,296.91 |
| and approved disbursements of | $ 141.73 |
| leaving a balance on hand of [1] | $ 17,155.18 |
| **Balance on hand:** | $ 17,155.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 17,155.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,540.81 | 0.00 | 1,540.81 |
| Trustee, Expenses - BRADLEY J. WALLER | 100.50 | 0.00 | 100.50 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 2,156.25 | 0.00 | 2,156.25 |

Total to be paid for chapter 7 administration expenses:   $ 3,797.56
Remaining balance:   $ 13,357.62

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,357.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,777.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 3,427.20 | 0.00 | 3,427.20 |
| 4P | Illinois Department of Employment Security | 350.02 | 0.00 | 350.02 |

Total to be paid for priority claims: $ 3,777.22
Remaining balance: $ 9,580.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,896.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Jiffy Lube | 519.15 | 0.00 | 519.15 |
| 2U | Internal Revenue Service | 12.60 | 0.00 | 12.60 |
| 3 | Wright Express Financial Services | 1,214.32 | 0.00 | 1,214.32 |
| 4U | Illinois Department of Employment Security | 150.00 | 0.00 | 150.00 |

Total to be paid for timely general unsecured claims: $ 1,896.07
Remaining balance: $ 7,684.33

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 7,684.33

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 7,684.33

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.7% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $114.71. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $7,569.62.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                                  Case No. 09-70729-MB
North Central Antenna Technologies, Inc.                                                Chapter 7
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0752-3           User: jclarke                  Page 1 of 3                   Date Rcvd: Dec 28, 2011
                               Form ID: pdf006                Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2011.
```
db           +North Central Antenna Technologies, Inc.,   2087 Il Rt 2,   Dixon, IL 61021-9078
13592876     +AAA Galvanizing of Dixon,    5942 Patsphere Circle,   Chicago, IL 60674-0001
13592877     +Ace Hardware,   900 N. Galena Ave.,   Dixon, IL 61021-1598
13592878     +Bank of America,    Box 15710,   Wilmington, DE 19850-5710
13592879     +Brion Gilbert,   2087 Il Rt. 2,   Dixon, IL 61021-9078
13592881     +Byron Gilbert,   1111 S. Ottawa Ave,   Dixon, IL 61021-3867
13592882     +DC Computers,   2102 W. 4th St,   Dixon, IL 61021-2402
13592883     +Dixon YMCA,   110 N. Galena Ave,   Dixon, IL 61021-2198
13592884     +EJ Cattani,   Box 485,   Ladd, IL 61329-0485
13592885     +Fencing & Landscaping,   1901 Shalom Dr,   West Bend, WI 53090-9006
13592886     +Fifth Third Bank,    Box 630337,   Cincinnati, OH 45263-0337
13592888     +Glen Martin Engineering,    13620 Old Hwy 40,   Boonville, MO 65233-2617
13592889     +Hutton Communications,    Box 201439,   Dallas, TX 75320-1439
13592891    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    P O Box 21126,   Philadelphia, PA 19114)
15440477     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13592890      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
13592892     +Jiffy Lube,   440 E. South St.,    Freeport, IL 61032-9673
13592893     +John Sorenson,   1041 Oak Pointe Dr,   Oregon, IL 61061-9487
13592894     +K9LTN,   Robert Hajek,   4024 W. Henry Rd,    Oregon, IL 61061-9528
13592895     +Liberty Mutual,   75 Remittance Dr. Suite 1837,    Chicago, IL 60675-1837
13592897     +McMaster Supply Co,   Box 7690,   Chicago, IL 60680-7690
13592900     +Oxford Crane,   Box 1679,   Marion, IL 62959-7879
13592902     +Premium Financing,   22335 Network Place,   Chicago, IL 60673-1223
13592904     +Rockford Industrial Welding Supply,    10853 n. 2nd St,   Machesney Park, IL 61115-1460
13592905      Shell,   Box 9010,   Des Moines, IA 50368
13592907     +UPS,   Lockbox 577,   Carol Stream, IL 60132-0001
13592908    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Box 790179,   Saint Louis, MO 63179-0179)
13592906     +United Health Care,   Dept 10151,   Palatine, IL 60055-0001
13592910     +Weber Caton,   151 Springfield Ave,   Joliet, IL 60435-6551
13592911     #+Western States Ind,   4850 Nome St,    Denver, CO 80239-2728
13592913     +Ziglers Machine,   972 Mile Rd,   Dixon, IL 61021-9016
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13592887     +E-mail/Text: pmorley@gerdauameristeel.com Dec 29 2011 02:44:49     Gerdau Amersteel,
               P O Box 31328,   Tampa, FL 33631-3328
13592891      E-mail/Text: cio.bncmail@irs.gov Dec 29 2011 02:42:11     Internal Revenue Service,
               P O Box 21126,   Philadelphia, PA 19114
13592896     +E-mail/PDF: BankruptcyFmciMassMa@afni.com Dec 29 2011 04:08:51     MCI,   Box 371838,
               Pittsburgh, PA 15250-7838
13592901     +E-mail/Text: bankruptcy@pb.com Dec 29 2011 02:44:35     Pitney Bowes,   Box 856390,
               Louisville, KY 40285-6390
13592903     +E-mail/Text: credit@rscrental.com Dec 29 2011 02:45:21     Rental Services Corp,   Box 840514,
               Dallas, TX 75284-0514
13592909      Fax: 866-419-3894 Dec 29 2011 03:28:30     US Cellular,   Box 0203,   Palatine, IL 60055-0203
13592912     +E-mail/Text: bankruptcy@wrightexpress.com Dec 29 2011 02:46:01
               Wright Express Financial Services,   P O Box 639,   Portland, ME 04104-0639
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13592899       NATE
13592880*    +Brion Gilbert,   2087 IL Rt 2,   Dixon, IL 61021-9078
13592898    ##+Midway III Development,    9500 Bormet Dr Suite 304,   Mokena, IL 60448-8399
                                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: jclarke              Page 2 of 3            Date Rcvd: Dec 28, 2011
                              Form ID: pdf006            Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: jclarke              Page 3 of 3                   Date Rcvd: Dec 28, 2011
                              Form ID: pdf006            Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2011 at the address(es) listed below:
    Bradley J Waller  bjwtrustee@ksbwl.com, il56@ecfcbis.com
    David H Carter  on behalf of Debtor   North Central Antenna Technologies, Inc.
     bankruptcyclinicpc@sbcglobal.net
    Patrick S Layng  USTPRegion11.MD.ECF@usdoj.gov
                                                          TOTAL: 3

Case 09-70729   Doc 33   Filed 12/28/11   Entered 12/30/11 23:53:26   Desc Imaged
Certificate of Notice   Page 9 of 9