UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
NORTH CENTRAL ANTENNA                           §    Case No. 09-70729
TECHNOLOGIES,                                   §
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____ . The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/BRADLEY J. WALLER_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NORTH CENTRAL ANTENNA TECHNOLOGIES, |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 2P | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 2U | INTERNAL REVENUE SERVICE | | | | | |
| 1 | JIFFY LUBE | | | | | |
| 3 | WRIGHT EXPRESS FINANCIAL SERVICES | | | | | |
| 4PI | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4UI | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 2PI | INTERNAL REVENUE SERVICE | | | | | |
| 2UI | INTERNAL REVENUE SERVICE | | | | | |
| 1I | JIFFY LUBE | | | | | |
| 3I | WRIGHT EXPRESS FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:       09-70729    MB    Judge: MANUEL BARBOSA  
Case Name:     NORTH CENTRAL ANTENNA TECHNOLOGIES,  

For Period Ending: 03/09/12

Trustee Name:                BRADLEY J. WALLER  
Date Filed (f) or Converted (c): 03/02/09 (f)  
341(a) Meeting Date:         04/10/09  
Claims Bar Date:             08/12/09  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account w/ Fifth Third Bank | 1.00 | 0.00 | DA | 0.00 | FA |
| 2. checking account w/ Fifty Third Bank | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 3. deposit for custom made 300' tower w/ Glen Marti | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4. GDP Services 520 S. Main St. Akron , OH 44311 | 27,222.00 | 0.00 |  | 17,283.23 | FA |
| 5. Pillers And Richmond 615 10th St Dewitt, IA 5274 | 1,314.00 | 0.00 | DA | 0.00 | FA |
| 6. 1995 Ford E-250 | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 7. 1998 Ford Explorer (not running) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. 2003 Ford Expedition | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 9. loadmaster single axle trailer | 400.00 | 0.00 | DA | 0.00 | FA |
| 10. Mac dual axle trailer | 800.00 | 0.00 | DA | 0.00 | FA |
| 11. filing cabinets, chairs, desk, tables, telephone | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. Electronic equipment- testers, gauges & analyzer | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 13. Gas Powered Equipment - genertor, pressure washe | 450.00 | 0.00 | DA | 0.00 | FA |
| 14. electic powered Eq.- saws, drills, winchs, pumps | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15. ladders, pullers, levels, saddle harness's | 200.00 | 0.00 | DA | 0.00 | FA |
| 16. misc. hand tools | 200.00 | 0.00 | DA | 0.00 | FA |
| 17. nuts, bolts, wire ties, wires, coaxial cable, ha | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 13.68 | FA |

TOTALS (Excluding Unknown Values)         $57,187.00        $0.00          $17,296.91       Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1                                                                                                              Ver: 16.05d  
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Case 09-70729    Doc 36    Filed 03/19/12    Entered 03/19/12 11:17:27    Desc Main
Document      Page 8 of 16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-70729    MB    Judge: MANUEL BARBOSA | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | Date Filed (f) or Converted (c): | 03/02/09 (f) |
| | | 341(a) Meeting Date: | 04/10/09 |
| | | Claims Bar Date: | 08/12/09 |

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 03/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-70729  -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5965  Money Market Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312223325965 | Wire in from JPMorgan Chase Bank, N.A. account 312223325965 | 9999-000 | 17,289.89 | | 17,289.89 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.82 | | 17,290.71 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.03 | | 17,291.74 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.00 | | 17,292.74 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.02 | | 17,293.76 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.03 | | 17,294.79 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,294.93 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,295.07 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,295.21 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,295.35 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,295.49 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 17,295.62 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,295.76 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,295.90 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,296.04 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,296.18 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,296.32 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.17 | 17,263.15 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,263.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.21 | 17,223.08 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.18 | 17,224.26 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,224.40 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.39 | 17,189.01 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,189.15 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.14 | 17,155.01 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,155.15 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.60 | 17,117.55 |

Page Subtotals        17,296.88        179.33

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 09-70729 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5965 Money Market Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -37.60 | 17,155.15 |
| 12/08/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 17,155.18 |
| 12/08/11 | | To Acct #*******5966 | | 9999-000 | | 17,155.18 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 17,296.91 | 17,296.91 | 0.00 |
| Less: Bank Transfers/CD's | 17,289.89 | 17,155.18 | |
| Subtotal | 7.02 | 141.73 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7.02 | 141.73 | |

Page Subtotals 0.03 17,117.58

Ver: 16.05d

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-70729 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5966 Checking Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/11 | | From Acct #*******5965 | | 9999-000 | 17,155.18 | | 17,155.18 |
| 01/18/12 | 000101 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Dividend paid 100.00% on<br>$1,540.81, Trustee Compensation; Reference: | 2100-000 | | 1,540.81 | 15,614.37 |
| 01/18/12 | 000102 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Dividend paid 100.00% on $100.50,<br>Trustee Expenses; Reference: | 2200-000 | | 100.50 | 15,513.87 |
| 01/18/12 | 000103 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Dividend paid 100.00% on<br>$2,156.25, Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 2,156.25 | 13,357.62 |
| 01/18/12 | 000104 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Dividend paid 100.00% on<br>$3,427.20; Claim# 2P; Filed: $3,427.20; Reference: | 5800-000 | | 3,427.20 | 9,930.42 |
| 01/18/12 | 000105 | Illinois Department of Employment Security<br>Attn: Bankruptcy Unit - 10th flr<br>33 South State Street<br>Chicago, IL 60603 | Dividend paid 100.00% on $350.02;<br>Claim# 4P; Filed: $350.02; Reference: | 5800-000 | | 350.02 | 9,580.40 |
| 01/18/12 | 000106 | Jiffy Lube<br>440 E. South St.<br>Freeport, IL 61032 | Dividend paid 100.00% on $519.15;<br>Claim# 1; Filed: $519.15; Reference: | 7100-000 | | 519.15 | 9,061.25 |
| 01/18/12 | 000107 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Dividend paid 100.00% on $12.60;<br>Claim# 2U; Filed: $12.60; Reference: | 7100-000 | | 12.60 | 9,048.65 |
| 01/18/12 | 000108 | Wright Express Financial Services<br>P O Box 639<br>Portland, ME 04103 | Dividend paid 100.00% on<br>$1,214.32; Claim# 3; Filed: $1,214.32; Reference: | 7100-000 | | 1,214.32 | 7,834.33 |
| | | | Page Subtotals | | 17,155.18 | 9,320.85 | |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2             Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-70729 -MB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5966 Checking Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/18/12 | 000109 | Illinois Department of Employment Security<br>Attn: Bankruptcy Unit - 10th floor<br>33 South State Street<br>Chicago, IL 60603 | Dividend paid 100.00% on $150.00;<br>Claim# 4U; Filed: $150.00; Reference: | 7100-000 | | 150.00 | 7,684.33 |
| 01/18/12 | 000110 | Jiffy Lube<br>440 E. South St.<br>Freeport, IL 61032 | Dividend paid 100.00% on $10.50;<br>Claim# 1I; Filed: $10.50; Reference: | 7990-000 | | 10.50 | 7,673.83 |
| 01/18/12 | 000111 | Wright Express Financial Services<br>P O Box 639<br>Portland, ME 04103 | Dividend paid 100.00% on $24.55;<br>Claim# 3I; Filed: $24.55; Reference: | 7990-000 | | 24.55 | 7,649.28 |
| 01/18/12 | 000112 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Dividend paid 100.00% on $69.30;<br>Claim# 2PI; Filed: $69.30; Reference: | 7990-000 | | 69.30 | 7,579.98 |
| 01/18/12 | 000113 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Dividend paid 100.00% on $0.25;<br>Claim# 2UI; Filed: $0.25; Reference: | 7990-000 | | 0.25 | 7,579.73 |
| 01/18/12 | 000114 | Illinois Department of Employment Security<br>Attn: Bankruptcy Unit - 10th flr<br>33 South State Street<br>Chicago, IL 60603 | Dividend paid 100.00% on $7.08;<br>Claim# 4PI; Filed: $7.08; Reference: | 7990-000 | | 7.08 | 7,572.65 |
| 01/18/12 | 000115 | Illinois Department of Employment Security<br>Attn: Bankruptcy Unit - 10th floor<br>33 South State Street<br>Chicago, IL 60603 | Dividend paid 100.00% on $3.03;<br>Claim# 4UI; Filed: $3.03; Reference: | 7990-000 | | 3.03 | 7,569.62 |
| 01/18/12 | 000116 | NORTH CENTRAL ANTENNA TECHNOLOGIES,<br>2087 IL RT 2<br>DIXON, IL 61021 | Dividend paid 100.00% on $7,569.62; Claim# SURPLUS; Filed: $7,569.62; Reference: | 8200-000 | | 7,569.62 | 0.00 |

                                                 Page Subtotals      0.00      7,834.33

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 09-70729 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5966 Checking Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,155.18 | 17,155.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 17,155.18 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,155.18 | |
| | | | Less: Payments to Debtors | | | 7,569.62 | |
| | | | Net | | 0.00 | 9,585.56 | |

Page Subtotals 0.00 0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-70729 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******5965  Money Market Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/09 | 4 | GPD SERVICES COMPANY, INC.<br>520 S. MAIN STREET, SUITE 2531<br>AKRON, OH  44311-1010 | Accounts Receivable<br>DEPOSIT CHECK #010339 | 1121-000 | 15,526.23 | | 15,526.23 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 15,526.27 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,526.94 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,527.59 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,528.24 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,528.87 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,529.50 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,530.15 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,530.80 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,531.41 |
| 02/19/10 | 4 | Liberty Mutual Insurance Group<br>P.O. Box 9090<br>IMS Financial Operations<br>Dover, NH  03821-9090 | Accounts Receivable<br>DEPOSIT CHECK #1487140 | 1121-000 | 1,757.00 | | 17,288.41 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 17,289.01 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 17,289.78 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500%<br>JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.11 | | 17,289.89 |
| 04/06/10 | | Wire out to BNYM account 000223325965 | Wire out to BNYM account 000223325965 | 9999-000 | | 17,289.89 | 0.00 |

| | | | | Page Subtotals | 17,289.89 | 17,289.89 | |

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-70729 -MB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******5965 Money Market Account |
| Taxpayer ID No: | *******2690 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,289.89 | 17,289.89 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,289.89 | 17,289.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,289.89 | 17,289.89 | |

Page Subtotals    0.00    0.00

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-70729 -MB |
| Case Name: | NORTH CENTRAL ANTENNA TECHNOLOGIES, |
| Taxpayer ID No: | *******2690 |
| For Period Ending: | 03/09/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3275  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5965 | 7.02 | 141.73 | 0.00 |
| Checking Account - ********5966 | 0.00 | 9,585.56 | 0.00 |
| Money Market Account - ********5965 | 17,289.89 | 17,289.89 | 0.00 |
| Checking Account - ********3275 | 0.00 | 0.00 | 0.00 |
| | 17,296.91 | 27,017.18 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*